The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO ARMANDO ARIAS REYES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES<br><br>Defendant. | No. C20-715-JLR<br><br>**JOINT STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Noted for Consideration: Today |

## JOINT STIPULATION

This case is a complaint challenging U.S. Citizenship and Immigration Services' ("USCIS") March 30, 2020 decision denying Plaintiff's I-485, Application to Register Permanent Residence or Adjust Status. Dkt. 1. On May 15, 2020, USCIS moved to reopen Plaintiff's I-485 application and is now taking action on the application. There is a likelihood that the ongoing administrative action may moot this lawsuit.

Therefore, the parties HEREBY STIPULATE AND AGREE that this case be dismissed without prejudice to allow the ongoing administrative action to proceed.

SO STIPULATED.

Dated this 27th day of May, 2020.

BRIAN T. MORAN
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
E-mail: kristin.b.johnson@usdoj.gov
Attorney for Defendant

SO STIPULATED.

Dated this 27th day of May, 2020.

*s/ Aaron Korthuis*
AARON KORTHUIS, WSBA #53974
Northwest Immigrant Rights Project
615 Second Ave., Suite 400
Seattle, WA  98104
Telephone No. (206) 957-8611
E-mail:  aaron@nwirp.org
Attorney for Plaintiff

## ORDER

The parties having so stipulated, the above is SO ORDERED.  Plaintiff's complaint is dismissed without prejudice.

DATED this __28th__ day of ____May____, 2020.

_____
JAMES L. ROBART
United States District Judge

JOINT STIPULATION AND ORDER
DISMISSING CASE WITHOUT PREJUDICE - 2
(C20-715-JLR)